# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 29, 2022

**VIA ECF & EMAIL**

The Honorable Judith McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street,
White Plains, NY 10601

**SO ORDERED:**
Application granted.

_____  6-30-22
JUDITH C. McCARTHY
United States Magistrate Judge

Re: *United States v. Dominic Smith, 22-mj-4020 (UA)*

Dear Honorable Judge McCarthy:

I write to respectfully request that the Court modify Mr. Smith's bail conditions to modify the language of additional condition #10.

As written, the condition requires, "Defendant may attend recertification classes for heavy equipment operation and to be transported by father to and from classes. Schedule to be provided to PTS and approved by PTS." This condition was added at his initial appearance to permit Mr. Smith to attend these classes and was added after his father, who was present in the audience, requested the Judge add it.

Mr. Smith wants to continue with this recertification classes, however, his father has had health issues in recent weeks and is not always available to transport him to his classes. He can take public transportation via Metro North. Mr. Smith, therefore, respectfully requests this condition be modified to strike the language "and to be transported by father to and from classes" in additional condition 10.

Mr. Ramirez's Pre-trial Officer, Andrew Abbott, has no objection to this request. I have contacted the Government, through Assistant United States Attorney Jeffrey Coffman, who also has no objection to this request. Thank you for your time and consideration of this matter.

Respectfully submitted,

Elizabeth K. Quinn
Assistant Federal Defender

cc: Jeffrey Coffman, AUSA
Leo Barrios, PTO